FILED

2018 FEB -9 PM 4:32

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2017 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

WENDELL MARK STREET,

Defendant.

ED CR No. EDCR-18-047-GW

I N D I C T M E N T

[21 U.S.C. §§ 841(a)(1), (b)(1)(C), and (b)(2): Distribution of Oxycodone and Alprazolam; 18 U.S.C. § 2(b): Causing an Act to be Done]

The Grand Jury charges:

COUNTS ONE through FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(b)]

On or about the following dates, in San Bernardino County, within the Central District of California, defendant WENDELL MARK STREET, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally prescribed and distributed, and willfully caused to be prescribed and distributed, oxycodone, a Schedule II narcotic drug controlled substance, to the following persons:

| COUNT | DATE | RECIPIENT |
|---|---|---|
| ONE | August 1, 2013 | E.D. |
| TWO | August 1, 2013 | D.D. |
| THREE | August 1, 2013 | T.T. |
| FOUR | August 29, 2013 | D.D. |
| FIVE | August 29, 2013 | T.T. |

COUNTS SIX through TEN

[21 U.S.C. §§ 841(a)(1), (b)(2); 18 U.S.C. § 2(b)]

On or about the following dates, in San Bernardino County, within the Central District of California, defendant WENDELL MARK STREET, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally prescribed and distributed, and willfully caused to be

//

//

prescribed and distributed, alprazolam, a Schedule IV controlled substance, to the following persons:

| COUNT | DATE | RECIPIENT |
|---|---|---|
| SIX | August 1, 2013 | E.D. |
| SEVEN | August 1, 2013 | D.D. |
| EIGHT | August 1, 2013 | T.T. |
| NINE | August 29, 2013 | D.D. |
| TEN | August 29, 2013 | T.T. |

A TRUE BILL

/S/

Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug Enforcement Task Force Section

SHAWN J. NELSON
Assistant United States Attorney
Deputy Chief, Organized Crime Drug Enforcement Task Force Section

VICTORIA A. DEGTYAREVA
Assistant United States Attorney
Organized Crime Drug Enforcement Task Force Section