1
NICOLA T. HANNA
United States Attorney
2
BRANDON D. FOX
Assistant United States Attorney
3
Chief, Criminal Division
Bryant Y. Yang (Cal. Bar No. 252943)
4
Assistant United States Attorney
International Narcotics,
5
 Money Laundering, & Racketeering Section
      1400 United States Courthouse
6
      312 North Spring Street
      Los Angeles, California 90012
7
      Telephone: (213) 894-0166
      Facsimile: (213) 894-0142
8
      E-mail: bryant.yang@usdoj.gov

9
Attorneys for Plaintiff
UNITED STATES OF AMERICA
10

11
                UNITED STATES DISTRICT COURT

12
            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13
UNITED STATES OF AMERICA,          No. CR 5:18-00047-GW

14
          Plaintiff,               STIPULATION TO CONTINUE SENTENCING
                                   HEARING
15
          v.
                                   **CURRENT HEARING DATE:** 01/20/2020
16
WENDELL MARK STREET,               **CURRENT TIME:**          8:00 a.m.

17
          Defendant.               **PROPOSED HEARING DATE:** 02/13/2020
                                   **PROPOSED TIME:**          8:00 a.m.
18

19

20
     IT IS HEREBY STIPULATED AND AGREED between plaintiff UNITED

21
STATES OF AMERICA, by and through its counsel of record, the United

22
States Attorney for the Central District of California and Assistant

23
United States Attorney Bryant Y. Yang, and defendant WENDELL MARK

24
STREET ("defendant"), by and through his counsel of record, Harland

25
Braun, that the sentencing hearing in this matter be continued from

26
January 20, 2020, at 8:00 a.m., to February 13, 2020, at 8:00 a.m.

27

28

1    The parties request this continuance to discuss and review any

2  potential variances.  The requested continuance will not prejudice

3  the defendant.

4

5  Dated: January 13, 2020          Respectfully submitted,

6                                   NICOLA T. HANNA
                                    United States Attorney
7
                                    BRANDON D. FOX
8                                   Assistant United States Attorney
                                    Chief, Criminal Division
9

10                                        /s/ Bryant Yang
11                                  BRYANT Y. YANG
                                    Assistant United States Attorney
12
                                    Attorneys for Plaintiff
13                                  UNITED STATES OF AMERICA

14
   Dated: January 13, 2020          BRAUN & BRAUN LLP
15
                                          /s/ per e-mail authorization
16                                  HARLAND BRAUN
17
                                    Counsel for Defendant
18                                  WENDELL MARK STREET

19

20

21

22

23

24

25

26

27

28