# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-194-SVW-2 |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT WAGGONER, | |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the sentencing hearing in this case is continued to October 19, 2020 at 11:00 a.m.

DATED: April 14, 2020

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

Presented by:

*/s/ David I. Wasserman*
DAVID I. WASSERMAN
Deputy Federal Public Defender

1