NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
Bryant Y. Yang (Cal. Bar No. 252943)
Assistant United States Attorney
International Narcotics,
 Money Laundering, & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0166
     Facsimile: (213) 894-0142
     E-mail: bryant.yang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. EDCR 18-0047-GW |
| Plaintiff, | |
| v. | ORDER TO CONTINUE SENTENCING HEARING |
| WENDELL MARK STREET, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this matter be continued from July 16, 2020, at 8:00 a.m., to August 20, 2020, at 8:00 a.m.

Dated: July 13, 2020

_____
HONORABLE GEORGE H. WU
United States District Judge